

NUMBER 13-09-00361-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PBF INVESTMENTS, LIMITED

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Per Curiam Memorandum Opinion[1]**

Relator, PBF Investments, Limited, filed an amended petition for writ of mandamus with request for emergency relief in the above cause. The Court granted the emergency stay and requested and received a response from the real party in interest.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown itself entitled to the relief sought.  Accordingly, the stay previously imposed by this Court is LIFTED and the petition for writ of mandamus is  DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 25th day of August, 2009.